## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
### Case No. 0:11-CV-61591-DLG

| | |
|---|---|
| STEVEN PUOPOLO, on behalf of himself and all others similarly situated, | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) ) |
| MAGNUM D'OR RESOURCES, INC. and MICHEL BOUX, | ) ) ) |
| Defendants. | ) ) |

### NOTICE OF PENDING, REFILED, RELATED OR SIMILAR ACTIONS

Plaintiff, by his attorneys, hereby gives notice pursuant Local Rule 3.8, S.D. Fla. L.R., that the following action pending in this court is related to this action because it alleges substantially similar facts against defendant Magnum D'Or Resources, Inc.:

*Securities and Exchange Commission v. Magnum D'Or Resources, Inc., et al.*, Case No. 11-CV-60920-AJ (S.D. Fla. filed April 29, 2011) (Jordan, J.).

Dated: July 18, 2011

*Respectfully submitted,*

**VIANALE & VIANALE LLP**

By:     *s/Kenneth J. Vianale*
          Kenneth J. Vianale
          Florida Bar No. 169668
          2499 Glades Road, Suite 112
          Boca Raton, FL 33431
          Phone: 561-392-4750
          Fax: 561-392-4775

**SARRAF GENTILE LLP**
Ronen Sarraf
Joseph Gentile
One Pennsylvania Plaza, Suite 2424

1

New York, NY 10119
Phone: 212-868-3610
Fax: 212-918-7967

***Attorneys for Plaintiff***