UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 0:11-CV-61591-DLG

| | |
|---|---|
| STEVEN PUOPOLO, on behalf of himself and all others similarly situated, | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) ) |
| MAGNUM D'OR RESOURCES, INC. and MICHEL BOUX, | ) ) ) |
| Defendants. | ) ) |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff, by his attorneys, hereby gives notice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) of his voluntary dismissal without prejudice of this action. Nothing of value was either given or received by the Plaintiff or his counsel in connection with the dismissal of this action.

Dated:   August 22, 2011

Respectfully submitted,

**VIANALE & VIANALE LLP**

By:   *s/Kenneth J. Vianale*
Kenneth J. Vianale
Florida Bar No. 169668
Julie Prag Vianale
Florida Bar No. 184977
2499 Glades Road, Suite 112
Boca Raton, FL 33431
Phone: 561-392-4750
Fax: 561-392-4775

**SARRAF GENTILE LLP**
Ronen Sarraf
Joseph Gentile

1

One Pennsylvania Plaza, Suite 2424
New York, NY 10119
Phone: 212-868-3610
Fax: 212-918-7967

***Attorneys for Plaintiff***

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served by U.S. Mail on August 22, 2011 on all counsel or parties of record, as follows:

Stephen A. Zrenda, Jr., Esq.
6303 N. Portland Ave.
Oklahoma City OK  73112

*Attorney for Defendant Magnum D'Or Resources, Inc.*

Michel Boux
4748 Tomifobia
Sherbrooke
Quebec, Canada PQJ1L2

*Defendant, pro se*

                                      *s/* Julie Prag Vianale
                                      Julie Prag Vianale (FBN 184977)
                                      jvianale@vianalelaw.com
                                      2499 Glades Road, Suite 112
                                      Boca Raton, FL  33431
                                      Telephone:  (561) 392-4750
                                      Facsimile:   (561) 392-4775